JOHN B. LEVERICH, Respondent, v. THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellants.

(Argued October 6, 1873; decided October 10, 1873.)

*D. J. Dean* for the appellants.

*John H. Strahan* for the respondent.

Agree to affirm.   No opinion.
Judgment affirmed.